UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:21-po-00129-JDP |
| Plaintiff, | [~~Proposed~~] ORDER TO DISMISS AND VACATE BENCH TRIAL |
| v. | |
| PATRICK T. CONNELLY, | |
| Defendant. | DATE: July 6, 2021<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Jeremy D. Peterson |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:21-po-00129-JDP is GRANTED.

It is further ordered that the bench trial scheduled on July 6, 2021, is vacated.

IT IS SO ORDERED.

Dated: June 15, 2021

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE